[No. 3271–2.  Division Two.  September 26, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. CLAUDIA
M. THACKER, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. C–3363, James I. Maddock, J., entered January 9, 1978. *Affirmed* by unpublished opinion per Reed, J., concurred in by Pearson, C.J., and Soule, J.

[No. 3990–2.  Division Two.  September 26, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. GILBERT
NEWMAN, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 6647, John W. Schumacher, J., entered November 4, 1977. *Affirmed* by unpublished opinion per Reed, A.C.J., concurred in by Petrie and Soule, JJ.

[No. 3668–2.  Division Two.  September 26, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. ALLEN
C. COMBS, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 78–1–00040–0, James I. Maddock, J., entered September 19, 1978. *Dismissed* by unpublished opinion per Reed, A.C.J., concurred in by Petrie and Soule, JJ.

[No. 3854–2.  Division Two.  September 27, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. RODDY
MILLS, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 78–1–00176–7, Jay W. Hamilton, J., entered November 9, 1978. *Affirmed* by unpublished opinion per Soule, J., concurred in by Pearson, C.J., and Petrie, J.